OPINION — AG — **** AUTHORITY OF AIR POLLUTION CONTROL DIVISION OF DEPARTMENT OF HEALTH **** THE AIR POLLUTION CONTROL DIVISION OF THE STATE DEPARTMENT OF HEALTH HAS SUFFICIENT AUTHORITY IN THE CONTROL OF NEW CONTAMINANT SOURCES TO COMPLY WITH REQUIRED FEDERAL STANDARDS BY JULY 31, 1972. CITE: 63 O.S. 1971 2001-2003 [63-2001] — [63-2003], 75 O.S. 1971 301-325 [75-301] — [75-325] (MICHAEL D. TINNEY)